# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AHMED BEN AMARIR, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-00087-MHH-SGC |
| SCOTT HASSELL, Warden, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the Court on the respondents' motion to dismiss as moot Ahmed Ben Amarir's petition for writ of habeas corpus. (Doc. 9). In the motion, the respondents state that Mr. Amarir was removed from the United States on March 28, 2017. (Doc. 9, p. 1; Doc. 9-1, p. 1). Because Mr. Amarir has been removed, the Court no longer can provide meaningful relief. Thus, the Court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the Court will grant the respondents' motion and dismiss Mr. Amarir's petition for writ of habeas corpus.

The Court will enter a separate final order.

**DONE** and **ORDERED** this May 30, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE